David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
      Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH – NORTHERN DIVISION**

| | |
|---|---|
| **In re:** | |
| **JASON BUKOWSKI,** | **Bankruptcy No. 10-24289** |
| | **(Chapter 7)** |
| **Debtor(s)** | Judge R. Kimball Mosier  |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

   ___ A     The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

   ✔ B     The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | American Infosource LP as agent of<br>T Mobile / T Mobile USA Inc.<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | $2.15 |

A check in the amount of $2.15 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: May 2, 2011

                                          DAVID L. MILLER
                                          Chapter 7 Trustee